1   James M. Wood (State Bar No. 58679)
    Colleen T. Davies (State Bar No. 111371)
2   Nadia M. Bishop (State Bar No. 182995)
    REED SMITH LLP
3   1999 Harrison Street, Suite 2400
    Oakland, CA  94612-3572
4   Email: jmwood@reedsmith.com
          cdavies@reedsmith.com
5          nbishop@reedsmith.com

6   **Mailing Address:**
    P.O. Box 2084
7   Oakland, CA  94604-2084

8   Telephone:    510.763.2000
    Facsimile:    510.273.8832
9   Attorneys for Defendant
    Eli Lilly and Company, a corporation

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14   BACON, JAMES; C-06-1183 SBA              Before the Honorable Sandra Brown Armstrong

15   BARFIELD, DANTE; C-06-1048 SBA           **ORDER VACATING CASE
                                              MANAGEMENT CONFERENCE FOR 47
16   BLUMENSCHEIN, HAZEL; C-06-1038 SBA       ZYPREXA® CASES BEFORE JUDGE
                                              SANDRA BROWN ARMSTRONG**
17   BOHONIK, BORYS; C-06-1560 SBA
                                              Conference Date:    June 14, 2006
18   BROWNE, DRANOEL E.; C-06-1496 SBA        Conference Time:    2:45 p.m.
                                              Location:           Telephonic Appearance.
19   BURKLEY, MAXINE; C-06-1197 SBA

20   CAMPBELL, ROBERT; C-06-1243 SBA

21   CARMACK, GEORGE; C-06-0893 SBA

22   CARROLL, DAVID R.; C-06-1461 SBA

23   CARSON, PAMELA AND SIDNEY; C-06-0973
     SBA
24
     CHENGER, JOHN S. AND MARY G.
25   CHENGER; C-06-1455 SBA

26   COOK, DENINE; C-05-5292 SBA

27

28

– 1 –

DOCSOAK-9830897.1

[Proposed] Order Vacating And/Or Continuing Case Management Conference
For 47 Zyprexa® Cases Before Judge Sandra Brown Armstrong

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

COSSICK, WILLIAM; C-06-1181 SBA

DELOACH, MENSENIA E.; C-06-1325 SBA

EWELL, TORITHA D.; C-06-1694 SBA

FORBES, SANDRA J.; C-06-1450 SBA

FRAUSTO, KIMBERLY AND JESSE; C-06-1189 SBA

GINN, JERRY LEE AND JUDITH ANN NADLE; C-06-0008 SBA

GRILLOT, PATRICIA; C-06-0974 SBA

GUY, MARCUS L.; C-06-1569 SBA

HALL BONNIE AND HOWARD J. HALL; C-06-1272 SBA

HANSON, MANFORD; C-06-1107 SBA

HOFFMAN, ROSA A. AND KENNETH W. JR.,; C-06-1271 SBA

HOLLIS, IDA L.; C-06-1452 SBA

JONES HAYMAN, TRACY L.; C-06-1704 SBA

KELLY, JAMES AND TAMMY,; C-05-5151 SBA

LAVAS, SHARON; C-06-1157 SBA

LEMKE, DANIEL; C-06-0977 SBA

LINN, LINDA R.; C-06-1338 SBA

LUTHY, JOHN; C-06-1030 SBA

MALAYECO, FERN; C-06-1173 SBA

MARTORANA, LINDA; C-06-1167 SBA

MEYER, JAMES AND MARTHA; C-06-1022 SBA

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  MURNIN, MICHAEL F. AND PATRICIA; C-
2  06-1456 SBA

3  O'NEIL, TIMOTHY; C-05-5099 SBA

4  PORTER, E.L. AND RUTH E.; C-06-0985 SBA

5  SCHULTZ, GARY AND LUCINDA; C-06-1115
6  SBA

7  SEIGENFUSE, BETH M.; C-06-1372 SBA

8  SENSENIG, DAVID; C-06-0250 SBA

9  SEWELL, MARK; C-05-5148 SBA

10  SHOWS, PATSY; C-06-0954 SBA

11  SMILEY-HARRIS, ALBERTA; C-05-5291 SBA

12  TAYLOR, ANNA AND DENNIS; C-06-1059
13  SBA

14  TRUITT, EDWARD; C-06-1539 SBA

15  VERES, DOLORES L., et al.; C-06-1324 SBA

16
17  WELDON, FRANCES A. AND CHARLES; C-
    06-1378 SBA

18  YOUNG, FRANK J.; C-06-1471 SBA

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSOAK-9830897.1

[Proposed] Order Vacating And/Or Continuing Case Management Conference
For 47 Zyprexa® Cases Before Judge Sandra Brown Armstrong

1    For the reasons set forth in the Joint Case Management Conference Statement concerning the

2    May 1, 2006 Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation,

3    IT IS HEREBY ORDERED THAT all of the above-captioned actions are STAYED in their

4    entirety pending transfer.  All dates and deadlines established in this matter, including the June 14,

5    2006 Case Management Conference, are VACATED.

6

7    IT IS FURTHER ORDERED THAT Counsel for Eli Lilly and Company shall promptly

8    inform the Court in writing of the status of the above-captioned cases no later than ten (10) days

9    after the Panel issues any further rulings pertaining to these cases.

10

11   IT IS SO ORDERED

12   DATED: 6/2/06

13   _____

14   The Honorable Sandra Brown Armstrong

DOCSOAK-9830897.1

[Proposed] Order Vacating And/Or Continuing Case Management Conference
For 47 Zyprexa® Cases Before Judge Sandra Brown Armstrong

REED SMITH LLP
A limited liability partnership formed in the State of Delaware