1   James M. Wood (State Bar No. 58679)
    Colleen T. Davies (State Bar No. 111371)
2   Nadia M. Bishop (State Bar No. 182995)
    REED SMITH LLP
3   1999 Harrison Street, Suite 2400
    Oakland, CA 94612-3572
4   Email: jmwood@reedsmith.com
           cdavies@reedsmith.com
5          nbishop@reedsmith.com

6   **Mailing Address:**
    P.O. Box 2084
7   Oakland, CA 94604-2084

8   Telephone:   510.763.2000
    Facsimile:   510.273.8832
9   Attorneys for Defendant
    Eli Lilly and Company, a corporation

10

11                        UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  BACON, JAMES; C-06-1183 SBA | Before the Honorable Sandra Brown Armstrong |
| 15  BARFIELD, DANTE; C-06-1048 SBA | **ORDER VACATING CASE MANAGEMENT CONFERENCE FOR 47 ZYPREXA® CASES BEFORE JUDGE SANDRA BROWN ARMSTRONG** |
| 16  BLUMENSCHEIN, HAZEL; C-06-1038 SBA | |
| 17  BOHONIK, BORYS; C-06-1560 SBA | Conference Date:  June 14, 2006<br>Conference Time:  2:45 p.m.<br>Location:  Telephonic Appearance. |
| 18  BROWNE, DRANOEL E.; C-06-1496 SBA | |
| 19  BURKLEY, MAXINE; C-06-1197 SBA | |
| 20  CAMPBELL, ROBERT; C-06-1243 SBA | |
| 21  CARMACK, GEORGE; C-06-0893 SBA | |
| 22  CARROLL, DAVID R.; C-06-1461 SBA | |
| 23  CARSON, PAMELA AND SIDNEY; C-06-0973 SBA | |
| 24  CHENGER, JOHN S. AND MARY G. CHENGER; C-06-1455 SBA | |
| 25  COOK, DENINE; C-05-5292 SBA | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –

1. COSSICK, WILLIAM; C-06-1181 SBA
2. DELOACH, MENSENIA E.; C-06-1325 SBA
3. EWELL, TORITHA D.; C-06-1694 SBA
4. FORBES, SANDRA J.; C-06-1450 SBA
5. 
6. FRAUSTO, KIMBERLY AND JESSE; C-06-1189 SBA
7. 
8. GINN, JERRY LEE AND JUDITH ANN NADLE; C-06-0008 SBA
9. GRILLOT, PATRICIA; C-06-0974 SBA
10. GUY, MARCUS L.; C-06-1569 SBA
11. 
12. HALL BONNIE AND HOWARD J. HALL; C-06-1272 SBA
13. HANSON, MANFORD; C-06-1107 SBA
14. 
15. HOFFMAN, ROSA A. AND KENNETH W. JR.,; C-06-1271 SBA
16. HOLLIS, IDA L.; C-06-1452 SBA
17. JONES HAYMAN, TRACY L.; C-06-1704 SBA
18. 
19. KELLY, JAMES AND TAMMY,; C-05-5151 SBA
20. LAVAS, SHARON; C-06-1157 SBA
21. LEMKE, DANIEL; C-06-0977 SBA
22. LINN, LINDA R.; C-06-1338 SBA
23. 
24. LUTHY, JOHN; C-06-1030 SBA
25. MALAYECO, FERN; C-06-1173 SBA
26. MARTORANA, LINDA; C-06-1167 SBA
27. MEYER, JAMES AND MARTHA; C-06-1022 SBA
28. 

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSOAK-9830897.1

[Proposed] Order Vacating And/Or Continuing Case Management Conference
For 47 Zyprexa® Cases Before Judge Sandra Brown Armstrong

1  MURNIN, MICHAEL F. AND PATRICIA; C-06-1456 SBA
2
3  O'NEIL, TIMOTHY; C-05-5099 SBA
4  PORTER, E.L. AND RUTH E.; C-06-0985 SBA
5  SCHULTZ, GARY AND LUCINDA; C-06-1115 SBA
6
7  SEIGENFUSE, BETH M.; C-06-1372 SBA
8  SENSENIG, DAVID; C-06-0250 SBA
9  SEWELL, MARK; C-05-5148 SBA
10 SHOWS, PATSY; C-06-0954 SBA
11 SMILEY-HARRIS, ALBERTA; C-05-5291 SBA
12
13 TAYLOR, ANNA AND DENNIS; C-06-1059 SBA
14 TRUITT, EDWARD; C-06-1539 SBA
15 VERES, DOLORES L., et al.; C-06-1324 SBA
16
17 WELDON, FRANCES A. AND CHARLES; C-06-1378 SBA
18 YOUNG, FRANK J.; C-06-1471 SBA

[Proposed] Order Vacating And/Or Continuing Case Management Conference
For 47 Zyprexa® Cases Before Judge Sandra Brown Armstrong

1   For the reasons set forth in the Joint Case Management Conference Statement concerning the
2   May 1, 2006 Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation,

3   IT IS HEREBY ORDERED THAT all of the above-captioned actions are STAYED in their
4   entirety pending transfer.  All dates and deadlines established in this matter, including the June 14,
5   2006 Case Management Conference, are VACATED.

7   IT IS FURTHER ORDERED THAT Counsel for Eli Lilly and Company shall promptly
8   inform the Court in writing of the status of the above-captioned cases no later than ten (10) days
9   after the Panel issues any further rulings pertaining to these cases.

   IT IS SO ORDERED

   DATED: 6/2/06

   _____
   The Honorable Sandra Brown Armstrong

– 4 –

DOCSOAK-9830897.1

[Proposed] Order Vacating And/Or Continuing Case Management Conference
For 47 Zyprexa® Cases Before Judge Sandra Brown Armstrong